IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------    :
UNITED STATES OF AMERICA                      : CASE NO.  1:06 CR 122
                                              :
                    Plaintiff                 :
                                              :
      -vs-                                    :
                                              :
RUTHANNE M. LICURSI                           : ORDER ACCEPTING PLEA AGREEMENT
                                              : AND JUDGMENT AND NOTICE OF
                    Defendant                 : HEARING
------------------------------------------    :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Patricia A. Hemann regarding the plea hearing and plea agreement of Ruthanne M. Licursi which was referred to the Magistrate Judge with the consent of the parties.

On 15 March 2006, the government filed a three-count indictment against Ruthanne M. Licursi for mail fraud in violation of 18 U.S.C. § 1341, and attempted tax evasion in violation of 26 U.S.C. § 7201. On 10 April 2006, a hearing was held before Magistrate Judge Hemann in which Ruthanne M. Licursi was arraigned, entered a plea of guilty and executed a waiver of indictment. Magistrate Judge Hemann received Ruthanne M. Licursi's plea of guilty and on 10 April 2006, issued a Report and

Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Ruthanne M. Licursi is found to be competent to enter a plea.  She understands her constitutional rights.  She is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Ruthanne M. Licursi is adjudged guilty of Counts One, Two and Three in violation of 18 U.S.C. § 1341 and 26 U.S.C. § 7201.

Sentencing will be:

**26 June 2006 at 2:00 p.m.**

**Courtroom 18-A**
**18th Floor, United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: 16 May 2006           /s/Lesley Wells_____
                             UNITED STATES DISTRICT JUDGE